DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

JUL 7 - 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    SCOTT A. HUNT

Chapter 13
Case No. 05-3-5000 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $15.00 as follows:

| Name and Address of Claimant | Unclaimed Refund |
|---|---|
| CLERK OF THE COURT<br>SCOTT A. HUNT<br>465 1/2 SANCHEZ STREET<br>SAN FRANCISCO, CA 94114 | $15.00 |

Dated:  July 6, 2011

_____
CECILIA MARCELO
Receipts Administrator